UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAGARAJAN DURAISAMY, | Case No. 23-cv-04620-AMO |
| Plaintiff, | |
| v. | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND OVERRULING PLAINTIFF'S OBJECTIONS** |
| PRADEEP PULI RUKMANGATHA SAIRAM BABU, et al., | |
| Defendants. | Re: Dkt. Nos. 39, 44 |

The Court has reviewed Magistrate Judge Sallie Kim's Report and Recommendation regarding dismissal of Plaintiff's complaint, as well Plaintiff's objections to the Report.[1] Judge Kim concluded that Plaintiff failed to provide a factual basis to support the Court's subject matter jurisdiction or any legal claims. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Plaintiff's objections fail to address the deficiencies laid out in the Report and Recommendation.[2] Accordingly, the Court overrules Plaintiff's

//

//

//

---

[1] Plaintiff filed an emergency motion for leave to proceed in forma pauperis on December 18, 2023, ECF 44, which the Court construes as objections to the Report.

[2] Along with his objection, Plaintiff filed a second amended complaint. Because Plaintiff is proceeding pro se, the Court liberally construes the submission as a motion for leave to amend. *See Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010). Having reviewed the amended complaint, the Court finds that Plaintiff has not addressed the deficiencies identified in the Report and that this amendment would be futile. Accordingly, the Court denies leave to amend. *See Leadsinger, Inc. v. BMG Music Pub.*, 512 F.3d 522, 532 (9th Cir. 2008) (citing *Forman v. Davis*, 371 U.S. 178, 182 (1962) (concluding that leave to amend can be denied when amendment would be futile).

objections and dismisses Plaintiff's complaint with prejudice for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: December 22, 2023

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**UNITED STATES DISTRICT JUDGE**

2