UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAGARAJAN DURAISAMY,<br><br>Plaintiff,<br><br>v.<br><br>PRADEEP PULI RUKMANGATHA SAIRAM BABU, et al.,<br><br>Defendants. | Case No. 23-cv-04620-AMO<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 49 |

Before the Court is Plaintiff's motion for leave to file a motion for reconsideration of dismissal of the amended complaint. Pursuant to Civil Local Rule 7-9, the Court may grant leave to seek reconsideration when the moving party shows: (1) a material difference in fact or law that in exercising reasonable diligence, the party did not know of at the time of the order; (2) the emergence of new material facts or change of law after the time of the order; or (3) the Court's "manifest failure" to consider material facts or dispositive legal arguments presented to the Court. The Court has reviewed the filing and finds that Plaintiff has presented none of these to the Court. Plaintiff offers new facts about being found a vexatious litigant in state court proceedings. However, the Court cannot determine how these relate to the property and eviction concerns raised in the amended complaint. More importantly, these facts do not impact the Court reasoning for dismissing Plaintiff's complaint: the Court's lack of subject matter jurisdiction or Plaintiff's failure to state a claim.

The Court advises Plaintiff that repeating the arguments made in his objections to the Court's order, ECF 44, violates the Civil Local Rules and he may be subject to sanctions if he continues. *See* L-R 7-9(c) ("No motion for leave to file a motion for reconsideration may repeat any oral or written argument made by the applying party in support of or in opposition to the

United States District Court
Northern District of California

interlocutory order which the party now seeks to have reconsidered.  Any party who violates this restriction shall be subject to appropriate sanctions.").

Because Plaintiff has not put forth any of the basis for leave to seek reconsideration, the Court **DENIES** Plaintiff's motion for leave to file a motion for reconsideration.

**IT IS SO ORDERED.**

Dated: January 2, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California

2